UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STACEY CARTER | CIVIL ACTION NO. 12-1233 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion for Summary Judgment [Rec. Doc. 40] filed by Defendants, Steve Prator, Robert B. Wyche, C. Williams, Z. Thomas, and Sergeant A. Gaines is **GRANTED**, and that Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment [Rec. Doc. 29] filed by Plaintiff Stacey Carter is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 26th day of July, 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE